IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                           **PLAINTIFF**

v.                 No. 4:21-cv-73-DPM

**TURN KEY MEDICAL**                                   **DEFENDANT**

### ORDER

Martin's initial *in forma pauperis* application didn't include a certificate and calculation sheet signed by a jail official. *Doc. 1*. The Magistrate Judge therefore denied it and directed Martin to file a new, complete application by 22 March 2021. *Doc. 7 at 3*. When Martin didn't, the Magistrate Judge recommended dismissing the complaint. *Doc. 10*; LOCAL RULE 5.5(c)(2). Martin has now filed the missing calculation sheet and certificate from his first application. *Doc. 11*. He did not file a new, complete application as directed; and he did not explain why his filing was untimely.

The Court declines the recommendation, *Doc. 10*, without prejudice and returns this case to the Magistrate Judge for further proceedings. The Court leaves it to the Magistrate Judge's discretion whether to require an updated application from Martin. And the Court cautions Martin that failing to timely follow the Court's instructions in the future will result in his complaint being dismissed without prejudice.

-2-

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

15 April 2021