# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ESKER MARTIN, III                                              PLAINTIFF

v.                      No. 4:21-cv-73-DPM-JTR

TURN KEY MEDICAL                                               DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's partial recommendation, *Doc. 15*, and overrules Martin's objections, *Doc. 16, 19 & 22*. FED. R. CIV. P. 72(b)(3). If Martin wants to plead more facts about a Turn Key Medical policy or custom, then he must do so in an amended complaint—not in his objections. His claims against Turn Key Medical are therefore dismissed without prejudice. Martin's claims against Defendants Medical Katy, Johnson, Ramsey, Iboni, Jakes, Bulbrock, and Newburn go forward. The Court directs the Clerk to add those Defendants to the docket.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2021