IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                                                  **PLAINTIFF**

v.                        No. 4:21-cv-73-DPM-JTR

**KATY, Medical; JOHNSON;
RAMSEY; IBONI; JAKES;
BULBROCK; and NEWBURN**                                        **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 28*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court directs the Clerk to redesignate *Doc. 27* as a "Motion to Amend Complaint and Voluntarily Dismiss Individual Defendants." Martin's motion, *Doc. 27*, is granted. His claims against Defendants Katy, Johnson, Ramsey, Iboni, Jakes, Bulbrock, and Newburn are dismissed without prejudice. Martin must file an amended complaint by 24 September 2021. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2021