IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ESKER MARTIN, III                                              PLAINTIFF

v.                            No. 4:21-cv-73-DPM

TURN KEY MEDICAL                                              DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Martin hasn't filed an amended complaint. *Doc. 29*. His address recently changed. *Doc. 30*. But that change happened more than two months after the Court's Order; and the Order wasn't returned undelivered. This case will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). Martin's pending motions, *Doc. 24–26*, are denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 November 2021