IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ESKER MARTIN, III                                                                    PLAINTIFF

v.                                            No. 4:21-cv-73-DPM

TURN KEY MEDICAL                                                              DEFENDANTS

## JUDGMENT

Martin's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2021